

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/2021

April 28, 2021

VIA ECF
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re: *United States v. Richard Estrella*,
18-cr-235

Dear Judge Woods:

    I represent Richard Estrella, on whose behalf I filed a motion for compassionate release on April 8, 2021. *See* ECF No. 158. I have been informed by counsel for the Government that the Government does not intend to respond unless a response is requested by the Court. Therefore, I respectfully request that the Court direct the Government to respond.

Sincerely,

/s/ Kristen M. Santillo
Kristen M. Santillo
*Attorney for Richard Estrella*

Cc: AUSA Michael McGinnis

Application granted. The United States is directed to file any opposition to Mr. Estrella's motion for compassionate release no later than May 20, 2021.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 159.

SO ORDERED
Dated: May 1, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge